# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| EDGAR ARTURO SAZO, (TDCJ #01671069) | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-0415 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice - Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order of even date, this case is dismissed without prejudice for failure to exhaust state remedies.

This is a final judgment.

SIGNED at Houston, Texas, on FEB 2 1 2019.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE